No. 17, Original. NEBRASKA v. IOWA. The motion of Roy M. Harrop et al. for leave to file a petition of intervention is denied. *Roy M. Harrop, pro se,* on the motion. [For earlier order herein, see *ante,* p. 876.]

No. 42. SINGER v. UNITED STATES. (Certiorari, 377 U. S. 903, to the United States Court of Appeals for the Ninth Circuit.) The motion of Nicholas Jacop Uselding for leave to present oral argument, as *amicus curiae,* is denied.

No. 300. FORTSON, SECRETARY OF STATE OF GEORGIA, ET AL. v. TOOMBS ET AL. Appeal from the United States District Court for the Northern District of Georgia. (Probable jurisdiction noted, *ante,* p. 809.) Further consideration of the motion to dismiss is postponed to the hearing of the case on the merits.

No. 577. POINTER v. TEXAS. (Certiorari, *ante,* p. 815, to the Court of Criminal Appeals of Texas.) The motion for the appointment of counsel is granted, and it is ordered that *Orville A. Harlan, Esquire,* of Houston, Texas, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 467, Misc. HARPER v. CALIFORNIA ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 419, Misc. Ross v. HASKINS, CORRECTIONAL SUPERINTENDENT; and

No. 530, Misc. GROSS v. TEXAS ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.